IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN ANDREW PRICE                                                                               PLAINTIFF

v.                                            Civil No. 1:21-cv-01058

SERGEANT BYNUM, *et. al.*                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 4, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14).  Plaintiff was previously incarcerated in the Union County Detention Center ("UCDC").  Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 against certain UCDC officers seeking compensatory and punitive damages.  (ECF No. 1).  Plaintiff also filed a Motion for Preliminary Injunction regarding UCDC's COVID-19 policies.  (ECF No. 8).  Judge Bryant recommends that Plaintiff's Motion for Preliminary injunction be denied because Plaintiff has been released from UCDC, thereby mooting Plaintiff's request for injunctive relief.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*.  Petitioner's Motion for Preliminary Injunction (ECF No. 8) is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge